UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FRANCHESKA BRITT, *on behalf of the State of California as a private attorney general,*<br><br>Plaintiff,<br><br>v.<br><br>LENNAR CORPORATION, et al.,<br><br>Defendants. | Case No. 1:23-cv-01475-KES-FJS<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO COMPLAINT |

On July 8, 2026, the parties appeared before the undersigned for a telephonic scheduling conference. Defendants' prior motion to dismiss (ECF No. 6) was denied without prejudice when Defendants' motion to compel arbitration was granted (ECF No. 34 at 21 ¶ 4). The stay that was entered with the granting of the motion to compel arbitration was lifted in May 2026. (ECF No. 43.) Defendants have not yet responded to the complaint. Defendants are HEREBY ORDERED to file their response to the complaint no later than August 7, 2026.

IT IS SO ORDERED.

Dated:   **July 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE