UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCHESKA BRITT *on behalf of the State of California as a private attorney general,*<br><br>Plaintiff,<br><br>v.<br><br>LENNAR CORPORATION, et al.,<br><br>Defendants. | Case No. 1:23-cv-01475-KES-FJS<br><br>ORDER RE INFORMAL DISCOVERY DISPUTE<br><br>(ECF No. 52) |

On October 8, 2026, the court conducted an informal teleconference regarding a discovery dispute. Counsel Rhonda Wills appeared for Plaintiff Francheska Britt ("Plaintiff"). Counsel Taylor Morosco and Howard Knee appeared for Defendants Lennar Corporation and Lennar Sales Corp. ("Defendants"). The parties agreed to conduct this matter through the court's informal discovery procedure.

The parties' dispute centers around Plaintiff's interrogatory seeking "the name, address, email address, telephone number, job position, and dates of employment of each non-exempt employee who worked for Defendants (one or both of them) in California during the time period July 10, 2022 through the present, as well as the total number of such employees." (ECF No. 51 at 1.) Defendants argue that the interrogatory should be limited to sales administrators and sales concierges because those were the positions implicated by Plaintiff's allegations in her complaint. (ECF No. 50 at 2.)

Having considered the nature of the case and the parties' proffered arguments and for the reasons discussed during the October 8 conference, it is hereby ORDERED that:

1. Defendants shall respond on or before October 29, 2026, to Plaintiff's interrogatory with the name, address, e-mail address, telephone number, job position, and dates of employment of each non-exempt employee who worked for Defendants (one or both of them) in California at any time between July 10, 2022, through October 16, 2023;
2. The parties shall file their joint protective order (or, if the parties cannot agree on language, their respective proposed terms for a protective order) with the court on or before October 22, 2026;
3. A scheduling conference is set for December 11, 2026, at 10:30 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;
4. The parties shall file their joint scheduling report on or before December 3, 2026; and
5. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 9, 2026**

UNITED STATES MAGISTRATE JUDGE